# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: R.L.C.-E. A/K/A R.C.-E., A MINOR | : | No. 83 EM 2018 |
| | : | |
| | : | |
| | : | |
| PETITION OF: J.C., MOTHER | : | |
| | | |
| IN THE INTEREST OF: G.J.C.-E. A/K/A G.C.E., A MINOR | : | No. 84 EM 2018 |
| | : | |
| | : | |
| | : | |
| PETITION OF:  J.C., MOTHER | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of August, 2018, the Application for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED.  Counsel is directed to file the already-prepared Petition for Allowance of Appeal within five days.